No. 96–520.   SMITH v. LOUISIANA-PACIFIC CORP. ET AL., ante, p. 982;

No. 96–5165.   SHELTON v. GUDMANSON, WARDEN, ante, p. 883;

No. 96–5643.   HUSSEIN v. RABAN SUPPLY CO., ante, p. 951;

No. 96–5696.   BIGPOND v. CHAMPION, WARDEN, ante, p. 953;

No. 96–5840.   EVANS v. UNITED STATES, ante, p. 940;

No. 96–5885.   SINGLA ET AL. v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL., ante, p. 970;

No. 96–5911.   CHEATHAM v. SCHNEIDER, GOVERNOR OF THE VIRGIN ISLANDS, ET AL., ante, p. 971;

No. 96–5933.   JOHNSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, ante, p. 983;

No. 96–5963.   RESETAR v. LYMAN, ante, p. 954;

No. 96–6013.   TIERNEY v. PETERSON, SUPERINTENDENT, WASHINGTON CORRECTIONS CENTER, ante, p. 984;

No. 96–6049.   LINDSEY v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 997;

No. 96–6092.   IN RE GAUNCE, ante, p. 980;

No. 96–6137.   RUSSO v. BEYER, ASSISTANT COMMISSIONER, DIVISION OF OPERATIONS, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 984;

No. 96–6196.   AGUILAR RILEY OZMEN v. NEW MEXICO, ante, p. 985;

No. 96–6226.   BERKLEY v. DEPARTMENT OF THE ARMY, ante, p. 997; and

No. 96–6255.   VAN HOORELBEKE v. UNITED STATES, ante, p. 985.   Petitions for rehearing denied.

No. 95–1912.   MATYASTIK v. TEXAS, ante, p. 815.   Motion for leave to file petition for rehearing denied.

## JANUARY 8, 1997

No. A–485.   WAINWRIGHT v. HUCKABEE, GOVERNOR OF ARKANSAS, ET AL.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 96–7337 (A–477).   IN RE RUIZ ET AL.   Application for stay of execution of sentences of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.